# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149918

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

THANH MANH NGUYEN,
        Defendant-Appellant.

_____/

SC: 149918
COA: 312319
Oakland CC: 2012-241303-FH

      On order of the Court, the application for leave to appeal the June 24, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2015

Clerk

s0527